1  BRIAN P. BROOKS (S.B. #172151)
   bbrooks@omm.com
2  ELIZABETH LEMOND MCKEEN
   (S.B. #216690) emckeen@omm.com
3  O'MELVENY & MYERS LLP
   610 Newport Center Drive, 17th Floor
4  Newport Beach, CA  92660-6429
   Telephone:   (949) 760-9600
5  Facsimile:   (949) 823-6994

6  Attorneys for Defendant
   OPTION ONE MORTGAGE
7  CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), on Behalf of Itself and All Others Similarly Situated, as well as on Behalf of the General Public and Acting in the Public Interest,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMERIQUEST MORTGAGE COMPANY, *etc., et al.*,<br><br>　　　　　　Defendants. | Case No.  SACV 07-0794-AG (ANx)<br><br>**ORDER GRANTING STIPULATION BETWEEN PLAINTIFF NAACP AND DEFENDANT OPTION ONE MORTGAGE CORPORATION RE: SETTLEMENT AND STAY OF PROCEEDINGS** |

Pursuant to the Stipulation submitted by plaintiff the National Association for the Advancement of Colored People ("NAACP"), on the one hand, and defendant Option One Mortgage Corporation ("Option One"),

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.　Pending finalization of the settlement between the NAACP and Option One and preliminary approval by the Court, any and all pending and/or

1  future deadlines, including those regarding discovery, disclosures, and motion
2  practice, shall be stayed as between the NAACP and Option One;

3      2.    The stipulating parties shall not seek to enforce any such
4  deadlines against one another or otherwise prosecute this action against one
5  another;

6      3.    Either party hereto may elect to terminate this Stipulation and
7  stay upon the delivery of fourteen (14) days advance written notice to counsel of
8  record of the other party hereto. This Stipulation and the stay shall remain in effect
9  through and including the fourteen (14) day notice period;

10     4.    All time-related defenses, including but not limited to any
11 statute of limitations, statute of repose, estoppel, doctrine of waiver, or laches that
12 are or may be applicable to any cross-claim that the parties hereto have asserted
13 against each other in their respective cross-complaints are hereby tolled such that
14 the period from the effective date hereof through and including the termination of
15 this Stipulation and Stay, shall not be included in the computation of time for the
16 purposes of any applicable time-related defense;

17     5.    Neither this Stipulation nor the circumstances leading to its
18 execution is or shall be deemed to be an admission by either party hereto that any
19 claim or defense was or is meritorious or that any claim was or was not time barred
20 by any statute of limitations or other time-related defense as of the effective date
21 hereof.

23 Dated: March 24, 2009

_____
The Honorable Andrew J. Guilford
Judge, United States District Court