| | |
|---|---|
| 1 | STACEY M. GARRETT – State Bar No. 155319 |
| 2 | ESTHER E. CHO – State Bar No. 204526 |
|   | KEESAL, YOUNG & LOGAN |
| 3 | 400 Oceangate, P.O. Box 1730 |
|   | Long Beach, California 90801-1730 |
| 4 | Telephone: 562-436-2000 |
|   | Fax: 562-436-7416 |
| 5 | stacey.garrett@kyl.com |
|   | esther.cho@kyl.com |
| 6 | THEODORE V. WELLS, JR. (Admitted *Pro Hac Vice*) |
| 7 | JOYCE S. HUANG (Admitted *Pro Hac Vice*) |
|   | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 8 | 1285 Avenue of the Americas |
|   | New York, New York 10019 |
| 9 | Telephone: 212-373-3000 |
|   | Facsimile: 212-757-3990 |
| 10 | twells@paulweiss.com |
|   | jhuang@paulweiss.com |
| 11 | Attorneys for Defendant CITIMORTGAGE, INC. |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), | ) ) ) | CASE NO. 8:07-CV-00794-AG-AN |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER GRANTING DEFENDANT CITIMORTGAGE, INC.'S MOTION TO STRIKE JURY DEMAND |
| v. | ) ) | |
| AMERIQUEST MORTGAGE COMPANY, *et al.*, | ) ) ) | Date: September 21, 2009 Time: 10:00 am Place: Courtroom 10D |
| Defendant. | ) ) | Santa Ana Courthouse Judge: Hon. Andrew J. Guilford |

Defendant CitiMortgage, Inc. ("CitiMortgage") has moved the Court, pursuant to Rule 39(a)(2) of the Federal Rules of Civil Procedure, for an order striking, with respect to the claims asserted against CitiMortgage, plaintiff's jury demand. CitiMortgage's Motion to Strike Jury Demand was heard on September 21, 2009 at 10:00 am before this Court, the Honorable Andrew J. Guilford presiding.

1       After considering all moving, opposing, and reply papers, including admissible supporting evidence, and the oral arguments of counsel, the Court hereby grants the motion and finds that:

      1.     Plaintiff seeks only injunctive and declaratory relief, along with attorneys' fees and costs—and not monetary damages—in this action.

      2.     The statutes under which plaintiff asserts claims against CitiMortgage, the Fair Housing Act, the Equal Credit Opportunity Act, and the Civil Rights Act, do not provide plaintiff a right to a jury trial on its claims against CitiMortgage.

      3.     Because plaintiff's requested relief is wholly equitable in nature, plaintiff is not entitled to a jury trial under the Seventh Amendment of the United States Constitution.

      **IT IS THEREFORE ORDERED** that CitiMortgage's Motion to Strike Jury Demand is GRANTED and plaintiff's jury demand with respect to its claims against CitiMortgage is stricken.

Dated: _____

                                                 Honorable Andrew J. Guilford
                                                 United States District Judge