JULIA B. STRICKLAND – State Bar No. 83013
LISA M. SIMONETTI – State Bar No. 165996
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California  90067
Telephone: (310) 556-5800
Fax: (310) 556-5959
lacalendar@stroock.com

THEODORE V. WELLS, JR. (Admitted *Pro Hac Vice*)
JOYCE S. HUANG (Admitted *Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: 212-373-3000
Facsimile: 212-757-3990
twells@paulweiss.com
jhuang@paulweiss.com

Attorneys for Defendant
CITIMORTGAGE, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), <br><br> Plaintiff, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, *et al.*, <br><br> Defendant. | CASE NO.  8:07-CV-00794-AG-AN <br><br> NOTICE OF FILING OF PROPOSED ORDER TO STRIKE JURY DEMAND <br><br> Judge: Hon. Andrew J. Guilford |

## NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that defendant CitiMortgage, Inc.

("CitiMortgage") has filed a revised proposed order reflecting that plaintiff does

not oppose CitiMortgage's motion to strike jury demand.

1  Dated:  September 17, 2009                    Respectfully submitted,

2

3                                          /s/ Lisa M. Simonetti
                                           JULIA B. STRICKLAND
4                                          LISA M. SIMONETTI
5                                          STROOCK & STROOCK & LAVAN
                                           LLP
6

7                                          THEODORE V. WELLS, JR.
                                           (ADMITTED PRO HAC VICE)
8                                          JOYCE S. HUANG
9                                          (ADMITTED PRO HAC VICE)
                                           PAUL, WEISS, RIFKIND, WHARTON &
10                                         GARRISON LLP

11

12                                         Attorneys for Defendant

13                                         CITIMORTGAGE, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2009, a copy of the foregoing NOTICE OF FILING OF PROPOSED ORDER TO STRIKE JURY DEMAND was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

/s/ Lisa M. Simonetti
Lisa M. Simonetti