UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 07-0794-AG (ANx) | Date | September 21, 2009 |
|---|---|---|---|
| Title | NAACP v. AMERIQUEST MORTGAGE COMPANY, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:**   [IN CHAMBERS] ORDER GRANTING UNOPPOSED MOTION TO STRIKE

Defendant Citimortgage, Inc. filed a Motion to Strike Jury Demand ("Motion"). Plaintiffs filed a Notice of Non-Opposition to this Motion. Thus, the Motion is GRANTED and Plaintiff's demand for a jury trial concerning its claims against Citimortgage is stricken.

                                                                        :    0

Initials of Preparer    lmb