# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), on behalf of Itself and All Others Similarly Situated, as well as on Behalf of the General Public and Acting in the Public Interest,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERIQUEST MORTGAGE COMPANY, a corporation; et al.<br><br>　　　　Defendants. | Case No. 8:07-CV-00794-AG (ANx)<br><br>**FINAL JUDGMENT IN FAVOR OF DEFENDANT FIRST TENNESSEE BANK NATIONAL ASSOCIATION**<br><br>Courtroom: 10D<br>Judge:　　Hon. Andrew J. Guilford |

LIBW/1742469.1

By Order dated February 1, 2010, this Court granted summary judgment in favor defendant **First Tennessee Bank National Association ("FTBNA")** (erroneously named as "First Tennessee Bank d/b/a First Horizon National Corp." in the Second Amended Complaint ("SAC")) as to all claims directed to it by plaintiff National Association for the Advancement of Colored People ("NAACP") in this action. Doc. # 298 ("Summary Judgment Order"). Further, by Order dated August 24, 2010, this Court granted FTBNA's unopposed motion for entry of judgment in its favor pursuant to Fed. R. Civ. P. 54(b) ("Motion") in accordance with the Summary Judgment Order. Doc. # 326 ("Rule 54(b) Order");

For the reasons set forth in the Rule 54(b) Order and Motion, this Court finds that the Summary Judgment Order disposes of all claims directed to FTBNA by the NAACP and that there is no just reason for delay of entry of final judgment in favor of FTBNA and against the NAACP in this action.

**THEREFORE, IT IS HEREBY ADJUDGED** that final judgment as to all claims against FTBNA in this action shall enter in favor of FTBNA and against the NAACP pursuant to Fed. R. Civ. P. 54(b). The Clerk of the Court is hereby directed to enter final judgment in favor of FTBNA and against the NAACP in accordance with the Summary Judgment Order and pursuant to Fed. R. Civ. P. 54(b).

Dated: September _3, 2010

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10250 Constellation Blvd., Los Angeles, CA 90067.

On **September 7, 2010**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**[PROPOSED] FINAL JUDGMENT IN FAVOR OF DEFENDANT FIRST TENNESSEE BANK NATIONAL ASSOCIATION**

| | |
|---|---|
| Brian S. Kabateck, Esq.<br>Richard L. Kellner, Esq.<br>KABATECK BROWN KELLNER, LLP<br>644 South Figueroa Street<br>Los Angeles, CA 90017 | Counsel for Plaintiff: *NAACP*<br>Tel. 213-217-5000<br>Fax. 213-217-5010<br>bsk@kbklawyers.com<br>rlk@kbklawyers.com |
| Vic Feazell<br>Austin Tighe, Esq.<br>FEAZELL & TIGHE, LLP<br>6300 Bridgepoint Parkway<br>Bridgepoint 1, Suite 220<br>Austin, Texas 78730 | Counsel for Plaintiff: *NAACP*<br>Tel. 512-372-8100<br>Fax. 512-372-8140<br>austin@feazell-tighe.com |
| Angela Ciccolo, Esq.<br>NAACP - General Counsel<br>4805 Mt. Hope Drive<br>Baltimore, Maryland 21215 | Counsel for Plaintiff: *NAACP*<br>Tel. 410-580-5792<br>Fax. 410-358-9350<br>aciccolo@naacpnet.org |
| Gary L. Bledsoe, Esq.<br>LAW OFFICES OF GARY L. BLEDSOE<br>316 W 12th Street, Suite 307<br>Austin, Texas 78701-1844 | Counsel for Plaintiff: *NAACP*<br>Tel. 512-322-9992<br>Fax. 512-322-0840<br>g.bledsoe@westel.net |
| Daniel G. Covich, Esq.<br>WEBB, CASON & COVICH, P.C.<br>710 Mesquite Street<br>Corpus Christi, Texas 78401 | Counsel for Plaintiff: *NAACP*<br>Tel. 361-887-1031<br>Fax. 361-887-0903 |
| Michael J. Agoglia, Esq.<br>Wendy M. Garbers, Esq.<br>MORRISON & FOERSTER<br>425 Market Street<br>San Francisco, CA 94105-2482 | Counsel for Defendants: *Chase Bank U.S.A, N.A.* and *Bear Stearns Residential Mortgage Corporation*<br>Tel. 415-268-7000<br>Fax. 415-268-7522<br>magoglia@mofo.com<br>wgarbers@mofo.com |
| Leonard A. Bernstein, Esq.<br>REED SMITH LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, Pennsylvania 19103 | Counsel for Defendant: *First Franklin Financial Corporation*<br>Tel. 215 851 8100<br>Fax: 215 851 1420<br>lbernstein@reedsmith.com |

LIBW/1742469.1

| | | |
|---|---|---|
| 1 | Mark S. Melodia, Esq.<br>REED SMITH LLP | Counsel for Defendant: *First Franklin Financial Corporation* |
| 2 | Princeton Forrestal Village<br>136 Main Street, Suite 250 | Tel. 609-520-6015<br>Fax. 609-951-0824 |
| 3 | Princeton, New Jersey  08540 | mmelodia@reedsmith.com |
| 4 | David S. Reidy, Esq.<br>REED SMITH LLP | Counsel for Defendant: *First Franklin Financial Corporation* |
| 5 | Two Embarcadero Center, Suite 2000<br>San Francisco, CA  94111 | Tel: 415-543-8700<br>Fax: 415-391-8269 |
| 6 | | dreidy@reedsmith.com |
| 7 | Tyree P. Jones, Jr.<br>REED SMITH LLP | Counsel for Defendant: *First Franklin Financial Corporation* |
| 8 | 1301 K Street, N.W.<br>Suite 1100 - East Tower | Tel. 202-414-9296<br>Fax. 202-414-9299 |
| 9 | Washington, DC  20005 | tpjones@reedsmith.com |
| 10 | Julia Strickland, Esq.<br>Stephen J. Newman, Esq. | Counsel for Defendant: *HSBC Finance Corporation* |
| 11 | Matthew D. Moran, Esq.<br>STROOCK & STROOCK & LAVAN, LLP | Tel: 310.556.5806<br>Fax: 310.556.5959 |
| 12 | 2029 Century Park East, Suite 1800<br>Los Angeles, CA  90067 | jstrickland@stroock.com<br>snewman@stroock.com |
| 13 | | mmoran@stroock.com |
| 14 | Richard J. Sahatjian, Esq.<br>BUCKLEY SANDLER LLP | Counsel for Defendant: *Accredited Home Lenders, Inc.* |
| 15 | 1801 Century Park East, Suite 2240<br>Los Angeles, CA  90067 | Tel. 424-203-1000<br>Fax. 424-203-1019 |
| 16 | | rsahatjian@buckleysandler.com |
| 17 | Andrew Sandler, Esq.<br>Benjamin B. Klubes, Esq. | Counsel for Defendants: *Accredited Home Lenders, Inc.; GMAC Mortgage Group; GMAC Residential Capital;* and *National City Corporation* |
| 18 | Benjamin P. Saul, Esq.<br>Matthew P. Previn, Esq. | |
| 19 | Kirk D. Jensen, Esq.<br>BUCKLEY SANDLER LLP | Tel. (202) 349-8000<br>Fax. (202) 349-8080 |
| 20 | 1250 24th Street, NW, Suite 700<br>Washington, DC  20037 | asandler@buckleysandlers.com<br>bklubes@buckleysandler.com |
| 21 | | bsaul@buckleysandler.com<br>mprevin@buckleysandler.com |
| 22 | | kjensen@buckleysandler.com |
| 23 | Elizabeth L. McKeen, Esq.<br>O'MELVENY & MYERS LLP | Counsel for Defendants: *Option One Mortgage Corporation* |
| 24 | 610 Newport Center Drive, 17th Fl<br>Newport Beach, CA  92660 | Tel. 949-823-7150<br>Fax. 949-823-6994 |
| 25 | | emckeen@omm.com |
| 26 | Brian Brooks, Esq.<br>O'MELVENY & MYERS LLP | Counsel for Defendants: *Option One Mortgage Corporation* |
| 27 | 1625 Eye Street, NW<br>Washington, DC  20006 | Tel. 202-383-5127<br>Fax. 202-383-5414 |
| 28 | | bbrooks@omm.com |

LIBW/1742469.1

| | |
|---|---|
| Stacey M. Garrett, Esq.<br>Esther E. Cho, Esq.<br>KEESAL YOUNG & LOGAN<br>400 Oceangate<br>P.O. Box 1730<br>Long Beach, CA 90801 | Counsel for Defendant: *CitiMortgage*<br>Tel. 562-436-2000<br>Fax. 562-436-7416<br>stacey.garrett@kyl.com<br>esther.cho@kyl.com |
| Joyce S. Huang, Esq.<br>Theodore V. Wells, Jr.<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON, LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 | Counsel for Defendant: *CitiMortgage*<br>Tel. 212-373-3000<br>Fax. 212-757-3990<br>jhuang@paulweiss.com<br>twells@paulweiss.com |

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☑ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **September 7, 2010**, at Los Angeles, California.

| Britani N. Selzler | |
|---|---|
| (Type or print name) | (Signature) |

- 4 -

LIBW/1742469.1