UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 07-794 AG (ANx)** | Date | November 30, 2010 |
|---|---|---|---|
| Title | NAACP v. AMERIQUEST MORTGAGE COMPANY et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER INVITING BRIEFING**

On November 15, 2010, the Court received an email from Plaintiff NAACP ("Plaintiff") that was apparently not sent to any of the defendants in this case. The email concerned a request to bring Plaintiff and Defendant Citibank before this Court to facilitate final settlement between those two parties.

Plaintiff is invited to file and serve papers stating whether dismissal was to all defendants and if so, how this Court can now proceed.

| | : | 0 |
|---|---|---|
| | Initials of Preparer | lmb |