Kim Keenan
General Counsel, NAACP
4805 Mt. Hope Dr.
Baltimore, MD 21215
Tel: (410) 580-5792

Brian S. Kabateck (SBN 152054)
Richard L. Kellner (SBN 171416)
Joshua H. Haffner (SBN 188652)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Tel: (213) 217-5000
Fax: (213) 217-5010
rlk@kbklawyers.com

Austin Tighe
(Admitted *pro hac vice*)
FEAZELL & TIGHE, LLP
6300 Bridgepoint Parkway
Bridgepoint 1, Suite 220
Austin, Texas 78730
Tel: (512) 372-8100
Fax: (512) 372-8140
austin@feazell-tighe.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), on Behalf of Itself and All Others Similarly Situated, as well as on Behalf of the General Public and Acting in the Public Interest,<br><br>Plaintiff,<br><br>vs.<br><br>Ameriquest Mortgage Company, *et al*.<br><br>Defendants. | CASE NO. 8:07-CV-00794-AG-AN<br><br>JUDGE: Hon. Andrew J. Guilford<br><br>**PLAINTIFF'S REQUEST FOR STATUS CONFERENCE RE: GMAC MORTGAGE, LLC AND DITECH D/B/A GMAC MORTGAGE, LLC, INC.** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, Plaintiff respectfully requests this court to set a Status Conference at the Court's earliest convenience to discuss the status of Plaintiff's pending action against GMAC Mortgage, LLC and Ditech D/B/A/ GMAC Mortgage, LLC, Inc., and the delays that are attending litigation of that action. All settlement efforts have apparently failed in this action and the matter needs to be scheduled to advance the action to trial.

DATED: July 25, 2011

KABATECK BROWN KELLNER, LLP
FEAZELL & TIGHE, LLP
LAW OFFICES OF GARY L. BLEDSOE
WEBB, CASON & COVICH, P.C

*Attorneys for Plaintiff*

# [PROPOSED] ORDER

The Court hereby grants Plaintiff's request for status conference. Accordingly, a Status Conference hearing is set for _____, 2011 at _____ a.m. in Courtroom 10D of the above entitled Court.

Dated: July\_\_\_, 2011

By: _____
Hon. Andrew J. Guilford