Kim Keenan
General Counsel, NAACP
4805 Mt. Hope Dr.
Baltimore, MD 21215
Tel:  (410) 580-5792

| | |
|---|---|
| Brian S. Kabateck (SBN 152054) | Austin Tighe |
| Richard L. Kellner (SBN 171416) | (Admitted *pro hac vice*) |
| David J. Koppelman (SBN 272171) | FEAZELL & TIGHE, LLP |
| KABATECK BROWN KELLNER LLP | 6300 Bridgepoint Parkway |
| 644 South Figueroa Street | Bridgepoint 1, Suite 220 |
| Los Angeles, California 90017 | Austin, Texas 78730 |
| Tel: (213) 217-5000 | Tel: (512) 372-8100 |
| Fax: (213) 217-5010 | Fax: (512) 372-8140 |
| rlk@kbklawyers.com | austin@feazell-tighe.com |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), on Behalf of Itself and All Others Similarly Situated, as well as on Behalf of the General Public and Acting in the Public Interest,<br><br>Plaintiff,<br><br>vs.<br><br>Ameriquest Mortgage Company, *et al*.<br><br>Defendants. | CASE NO.  8:07-CV-00794-AG-AN<br><br>JUDGE:  Hon. Andrew J. Guilford<br><br>**NOTICE OF WITHDRAWL OF REQUEST FOR STATUS CONFERENCE RE: GMAC MORTGAGE, LLC AND DITECH D/B/A GMAC MORTGAGE, LLC, INC.** |

1
**Notice Of Withdrawal Of Request For Status Conference**

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE THAT**, Plaintiff respectfully withdraws its request for

3  Status Conference as the request was improvidently filed.

5  DATED: July 28, 2011

/s/ Joshua H. Haffner
KABATECK BROWN KELLNER, LLP
FEAZELL & TIGHE, LLP
LAW OFFICES OF GARY L. BLEDSOE
WEBB, CASON & COVICH, P.C

*Attorneys for Plaintiff*