Kim Keenan
General Counsel, NAACP
4805 Mt. Hope Dr.
Baltimore, MD 21215
Tel: (410) 580-5792

Brian S. Kabateck (SBN 152054)
Richard L. Kellner (SBN 171416)
Joshua H. Haffner (SBN 188652)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Tel: (213) 217-5000
Fax: (213) 217-5010

Austin Tighe (Admitted
*pro hac vice*)
FEAZELL & TIGHE, LLP
6618 Sitio Del Rio Blvd. Bld C-101
Austin, Texas 78730
Tel: (512) 372-8100
Fax: (512) 372-8140

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

NATIONAL ASSOCIATION FOR
THE ADVANCEMENT OF
COLORED PEOPLE (NAACP), on
Behalf of Itself and All Others Similarly
Situated, as well as on Behalf of the
General Public and Acting in the Public
Interest,

          Plaintiff,

          vs.

AMERIQUEST MORTGAGE
COMPANY, et al.

          Defendants.

Case No.  8:07-CV-00794-AG (ANx)

**NOTICE OF REMOVAL OF
COUNSEL**

**Hon. Andrew J. Guilford**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT counsel representing the Plaintiffs in the above captioned matter hereby moves this Court to enter an Order removing Angela Ciccolo as counsel of record.  Angela Ciccolo is no longer at the National Association for the Advancement of Colored People (NAACP), nor involved in this litigation.  Plaintiffs will continue to be represented by Kabateck Brown Kellner, LLP, the NAACP, and Feazell & Tighe, LLP (as *pro hac vice*).

Dated: August 26, 2011                    **KABATECK BROWN KELLNER LLP**


                                          By:   /s/ Richard L. Kellner
                                                Richard L. Kellner

                                          Attorney for Plaintiff

                                          **NATIONAL ASSOCIATION FOR THE
                                          ADVANCEMENT OF COLORED
                                          PEOPLE**
                                                Kim Keenan, General Counsel

                                          **FEAZELL & TIGHE, LLP**
                                                Austin Tighe
                                                [Admitted *pro hac vice*]

NOTICE OF REMOVAL OF COUNSEL—ANGELA CICCOLO