Kim M. Keenan (Admitted *pro hac vice*)
General Counsel, NAACP
4805 Mt. Hope Dr.
Baltimore, MD 21215
Tel: (410) 580-5797
Fax: (410) 358-9350

Brian S. Kabateck (SBN 152054)
Richard L. Kellner (SBN 171416)
Scott M. Malzahn (SBN 229204)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Tel: (213) 217-5000
Fax: (213) 217-5010
sm@kbklawyers.com

Austin Tighe (Admitted *pro hac vice*)
FEAZELL & TIGHE, LLP
6300 Bridgepoint Parkway
Bridgepoint 1, Suite 220
Austin, Texas 78730
Tel: (512) 372-8100
Fax: (512) 372-8140
austin@feazell-tighe.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP),<br><br>Plaintiff,<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY, *et al*.,<br><br>Defendants. | Case No.  8:07-CV-00794-AG-AN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(2) AS TO DEFENDANT CITIMORTGAGE, INC.**<br><br>Assigned to Hon. Andrew J. Guilford |

 The parties, through their respective counsel, hereby stipulate pursuant to Federal Rules of Civil Procedure 41(a)(1) that all claims against defendant Citimortgage, Inc. shall be dismissed with prejudice from this action, and that each party shall bear its own attorneys' fees, costs and expenses in connection with the action.

Dated:  September 19, 2012                KABATECK BROWN KELLNER LLP


                                          By: /s/
                                                Richard L. Kellner

                                          KABATECK BROWN KELLNER LLP
                                          FEAZELL & TIGHE LLP

                                          *Attorneys for Plaintiff NAACP on Behalf of Itself and Its Members*


Dated:   September 19, 2012               STROOK & STROOK & LAVAN LLP


                                          By: /s/
                                                Julia B. Strickland

                                          *Attorneys for Defendant CITIMORTGAGE, INC.*