1

Brian S. Kabateck (SBN 152054)
Richard L. Kellner (SBN 171416)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Telephone:   (213) 217-5000
Facsimile:    (213) 217-5010
rlk@kbklawyers.com

2

3

4

5

6

Attorneys for Plaintiff

7

8

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED
PEOPLE (NAACP), on Behalf of Itself
and All Others Similarly Situated, as
well as on Behalf fo the General Public
and Acting in the Public Interest,

CASE NO.   8:07-cv-00794 AG (ANx)

12

13

**NOTICE OF DISMISSAL OF
DEFENDANT OPTION ONE
MORTGAGE CORPORATION**

14

Plaintiff,

15

v.

16

AMERIQUEST MORTGAGE
COMPANY, *et al.*,

17

18

Defendants.

19

20

21

22

23

24

25

26

27

28

PRINTED ON

RECYCLED PAPER
SF 1847835v1

NOTICE OF DISMISSAL OF DEFENDANT OPTION ONE
MORTGAGE CORPORATION

1    Plaintiff hereby gives Notice of Voluntary Dismissal, with prejudice,

2    under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties entered into a

3    settlement agreement and filed a Notice of the Terms of the Settlement Agreement

4    between the NAACP and Defendant Option One Mortgage Corporation on May 19,

5    2008 (Doc. 132).  The parties filed a Stipulation Re: Settlement on March 20, 2009

6    (Doc. 171) and an Order Granting the Stipulation Re: Settlement was filed on

7    March 24, 2009 (Doc. 173).

8    Therefore, in accordance with the terms of the settlement agreement, all

9    claims against Defendant Option One Mortgage Corporation are hereby dismissed

10   with prejudice.

11

12   DATED:  May 21, 2014                      KABATECK BROWN KELLNER LLP

13

14

15                                             By: /s/ Richard L. Kellner
                                                   RICHARD L. KELLNER
16                                             Attorneys for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28